UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SU LIU, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY,<br><br>Defendant. | Case No. 2:26-cv-03688<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>[Removed from Superior Court of Washington, County of King, Case No. 26-2-27100-3 SEA] |

Plaintiff Su Liu ("Plaintiff") and Defendant The Lovesac Company ("Lovesac") (together, the "Parties") have submitted a joint motion to extend Lovesac's deadline to respond to Plaintiff's Class Action Complaint ("Complaint") from October 7, 2026 up to and through October 21, 2026. Dkt. # 5.

Under Local Rule 7(j), the Court finds good cause exists to GRANT the Parties' request and HEREBY ORDERS that Lovesac's deadline to respond to the Complaint shall be continued from October 7, 2026 up to and through October 21, 2026.

**IT IS SO ORDERED.**

DATED: October 1, 2026.

JOHN H. CHUN
United States District Judge