UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SU LIU, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

THE LOVESAC COMPANY,

Defendant.

CASE NO. 2:26-cv-03688

ORDER TO SHOW CAUSE

This matter comes before the Court sua sponte. The Court questions whether it has subject matter jurisdiction over this CEMA action; specifically, whether Plaintiff alleges injury-in-fact to establish Article III standing. Thus, the Court ORDERS the parties to show cause as to why this matter should not be remanded for lack of subject matter jurisdiction or, alternatively, stayed pending the Ninth Circuit's resolution of the standing issue on appeal in *Montes v. Catalyst Brands LLC (Montes II)*, 2025 WL 3485827 (E.D. Wash., Dec. 4, 2025). Each side's brief may not exceed 2,100 words and is due on or before Friday, October 16, 2026.

**IT IS SO ORDERED.**

//

//

Dated this 2nd day of October, 2026.

John H. Chun
United States District Judge