UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SU LIU, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE LOVESAC COMPANY,<br><br>Defendant. | Case No. 2:26-cv-03688<br><br>ORDER |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 7. The Court thanks the parties for their responses to the Order. Dkt. ## 9 & 10. Upon review of those responses, the Court concludes that Defendant has not met its burden of alleging that Plaintiff has Article III standing and thus has not met its burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to King County Superior Court. The Clerk is DIRECTED to mail a copy of this Order to the King County Superior Court.

DATED: October 16, 2026.

JOHN H. CHUN
United States District Judge